UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK A SMITH
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

The City of New York and P.O.
Leonardo Nimo, Shield # 5772
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-26-12

Amended

**COMPLAINT**

Jury Trial: ☑ Yes  ☐ No
(check one)

12 CV 4890
(RJS)

## I. Parties in this complaint:

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name  Mark A. Smith
Street Address  223 Ten Eyck walk
County, City  Brookly
State & Zip Code  NY 11206
Telephone Number  347 981 5266

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 05/2010*

Defendant No. 1   Name **The City of New York**
                  Street Address
                  County, City
                  State & Zip Code
                  Telephone Number

Defendant No. 2   Name **Leonardo Nimo**
                  Street Address **231 E 21st Street**
                  County, City **NY**
                  State & Zip Code **NY 10021**
                  Telephone Number

Defendant No. 3   Name
                  Street Address
                  County, City
                  State & Zip Code
                  Telephone Number

Defendant No. 4   Name
                  Street Address
                  County, City
                  State & Zip Code
                  Telephone Number

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

   ☒ Federal Questions       ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **4, 8 and 14 Amend.**

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

   Plaintiff(s) state(s) of citizenship
   Defendant(s) state(s) of citizenship

Rev. 05/2010

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? NYC E 16th street

B. What date and approximate time did the events giving rise to your claim(s) occur? 12 November, 2008

C. Facts: On November 12, 2008 P.O. Leonardo Nimo, Shield # 5772 arrested Plaintiff for allegedly violating NYS Tax Code §1814 without proof that a violation of said Tax Code had been committed by Plaintiff. Plaintiff subsequently had the charges against him dismissed

*What happened to you?*
*Who did what?*
*Was anyone else involved?*
*Who else saw what happened?*

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Plaintiff suffered an exacerbation of a pre existing back condition that caused extreme pain

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. To Award Plaintiff $11,000,000 for the violation of his 8th, 14th and 4th Amend. Rights

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26 day of November, 2012.

Signature of Plaintiff: [signed]

Mailing Address: 223 Ten Eyck Walk 1A Brooklyn, NY 11206

Telephone Number: 347-981-5266

Fax Number (if you have one): _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

### For Prisoners:

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number: _____