UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK A SMITH
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

THE CITY OF NEW YORK
LEONARDO NIMO # Shield # 5772
_____
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/15

AMENDED
**COMPLAINT**

Jury Trial:  ☑ Yes   ☐ No
             (check one)

12 CV 4890
(RJS)

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name  MARK A. SMITH
              Street Address  223 TEN Eyck Walk
              County, City  Brooklyn
              State & Zip Code  NY  11206
              Telephone Number  347-981-5266

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1     Name  THE CITY of NEW York
                    Street Address  _____

*Rev. 05/2010*

```
                County, City _____
                State & Zip Code _____
                Telephone Number _____
```

Defendant No. 2    Name **LEONARDO NINO, Shield # 5772**
                   Street Address **230 E 21st**
                   County, City **New York**
                   State & Zip Code **NY 10021**
                   Telephone Number _____

Defendant No. 3    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 4    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

     ☒ Federal Questions          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?  **4th and 8th and 14th Amendments**

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

     Plaintiff(s) state(s) of citizenship _____
     Defendant(s) state(s) of citizenship _____

III.  **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __109 E. 16th Street__

B. What date and approximate time did the events giving rise to your claim(s) occur? __11-12-2008__

**What happened to you?**

C. Facts: On November 8, 2008 Police Officer Leonardo Nimo Shield # 5772 arrested Plaintiff for an alleged violation of the Tax Code without proof that a Tax Code violation had been committed by Plaintiff. Thereafter the City of New York, through the District Attorneys Office, maliciously prosecuted Plaintiff in an attempt to force a guilty plea for a crime Plaintiff did not commit.

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. __Suffered exacerbation of pre-existing back injury__

Rev. 05/2010

V.  **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. $1,000,000 in Compensatory damages for the Violation of Plaintiffs 4th, 8th and 14th Amend Right

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30 day of July, 2013.

Signature of Plaintiff: [signature]

Mailing Address: 223 Ten Eyck Walk 1A Brooklyn, NY 11206

Telephone Number: 347-981-5266

Fax Number (if you have one): _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ___ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number: _____

Rev. 05/2010