UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK A SMITH

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

THE CITY OF NEW YORK
LEONARDO NIMO, Shield # 5772

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

THIRD AMENDED

**COMPLAINT**

12 CV 4890 (LGS)

Jury Trial:  ☒ Yes    ☐ No
(check one)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2013

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   MARK A. SMITH
            Street Address   223 TEN EYCK WALK, 1A
            County, City   Brooklyn
            State & Zip Code   New York 11206
            Telephone Number   347-981-5266

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name   THE CITY OF NEW YORK
                  Street Address _____

*Rev. 05/2010*

```
                              County, City _____
                              State & Zip Code _____
                              Telephone Number _____
```

Defendant No. 2    Name  LEONARDO NIMO, Shield # 5772
                   Street Address  230 E. 21st street
                   County, City  NEW YORK
                   State & Zip Code  NEW YORK 10021
                   Telephone Number _____

Defendant No. 3    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 4    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

II.    **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*
      ☑ Federal Questions            ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?  4th, 8th and 14th Amend

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

      Plaintiff(s) state(s) of citizenship _____
      Defendant(s) state(s) of citizenship _____

III.   **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 109 E.16th street New York, New York

B. What date and approximate time did the events giving rise to your claim(s) occur? 11-12-2008

C. Facts: On 11-08-2008 defendant Leonardo Nimo, arrested the plaintiff after plaintiff was seen to have given another person a cigarette. At the time of arresting the plaintiff defendant Nimo knew that plaintiff had not committed a criminal offense and arrested plaintiff to cause plaintiff to be prosecuted in an attempt to dissuade persons from selling illegal cigarettes. Defendant NIMO had previously arrested other persons in front of 109 E 16th street, NY NY and was aware that plaintiff would be prosecuted by the defendant CITY of New York even though no evidence of a crime having been committed by plaintiff. The defendant CITY of New York was aware from the criminal complaint that there was no evidence of a crime having been committed by plaintiff and continued the unwarranted prosecution of the plaintiff in an attempt to secure a guilty plea under its policy to vigorously prosecute all persons alleged to have sold illegal cigarettes. After refusing multiple plea offers from the defendant CITY of New York, the defendant CITY of New York dismissed the charges against plaintiff.

- What happened to you?
- Who did what?
- Was anyone else involved?
- Who else saw what happened?

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Suffered exacerbation of pre existing back injury

Rev. 05/2010

V.  Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. To declare Plaintiff's Constitutionally protected rights were violated and to award Plaintiff $1,000,000 in damages for the violation of his 4th, 8th and 14th amendment rights

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17 day of December, 2013.

Signature of Plaintiff: [signature]

Mailing Address: 223 Ten Eyck Walk, 1A Brooklyn, NY 11206

Telephone Number: (347) 981-5266

Fax Number (if you have one): _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number: _____

*Rev. 05/2010*